UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:00CR00108 |
| ) | Chief Judge William J. Haynes, Jr. |
| MARC A. SUTTON, ) | |
| ) | |
| Defendant, ) | |
| ) | |

Re: Petitioner Barbara Sutton

## AGREED ORDER

Upon reading and filing of the parties Notice of Proposed Agreed Order and attached Agreed Order:

IT IS HEREBY ORDERED that discovery regarding Petitioner Barbara Sutton's Petition to Return/Recognize Property Interest and/or Dismiss Government's Forfeiture and Government Request to Engage in Discovery will commence upon entry of this Order and end ninety (90) days thereafter.

IT IS FURTHER ORDERED AND ADJUDGED that the parties have agreed that the evidentiary hearing regarding Petitioner Barbara Sutton's Petition to Return/Recognize Property Interest and/or Dismiss Government's Forfeiture and Government Request to Engage in Discovery will be held on the 6th day of ~~November~~ December, 2013 at 10:00 a.m.

CHIEF JUDGE HAYNES